TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
17821 E. 17TH STREET, SUITE 290
TUSTIN, CALIFORNIA 92780
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendant LTD FINANCIAL SERVICES, LP

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA PAGLIA, | Case No. CV09-2922 FMC (AGRx) |
| Plaintiff, | |
| vs. | |
| LTD FINANCIAL SERVICES, LP | **OFFER OF JUDGMENT (FRCP 68)** |
| Defendant | |

Defendant LTD FINANCIAL SERVICES, LP hereby offers to allow judgment pursuant to Rule 68 of the *Federal Rules of Civil Procedure* as follows: Judgment in favor of plaintiff CARLA PAGLIA against defendant LTD FINANCIAL SERVICES, LP in the sum of $2,000.00 plus all court costs and reasonable attorney's fees incurred. This offer is to be in total settlement of all claims by plaintiff CARLA PAGLIA against defendant LTD FINANCIAL SERVICES, LP in this action with no admission of liability and a complete release of all liability relating to the claims in this lawsuit. The acceptance of this offer of judgment herein is to have no effect whatsoever except in settlement of this case and as a basis for

LAW OFFICES OF TIMOTHY P. JOHNSON

1   seeking any award of attorney's fees and/or costs to which plaintiff may be entitled.

2

3   Dated:  September 8, 2009          **LAW OFFICES OF TIMOTHY P. JOHNSON**

4

5                                     By:

6                                     TIMOTHY P. JOHNSON
                                      Attorneys  for  Defendant  LTD  FINANCIAL
7                                     SERVICES, LP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  CV 09-2922 FMC (AGRx)                                    OFFER OF JUDGMENT

*Paglia v. LTD Financial Services, LP*
<u>**USDC, Case No. 09 CV 2922 FMC (AGRx)**</u>

<u>**CERTIFICATE OF SERVICE**</u>

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17821 E. 17th Street, Suite 290, Tustin, California 92780.

On September 8, 2009, I served a true copy of **OFFER OF JUDGMENT (FRCP 68)** on all interested parties in this action by:

[  ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ X ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

> Nicholas J. Bontrager, Esq. (SBN 252114)
> KROHN & MOSS, LTD
> 10635 Santa Monica Blvd, Ste 170
> Los Angeles, CA 90025

[  ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[ ]   By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on September 8, 2009, at Tustin, California.

KAREN R. JOHNSON

LAW OFFICES OF TIMOTHY P. JOHNSON