JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Carla Paglia, | ) | 2:09-cv-02922-FMC-AGRx |
| | ) | |
| Plaintiff(s), | ) | ORDER ACKNOWLEDGING |
| | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| | ) | |
| LTD Financial Services, LP, | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court has been advised by counsel that this action had been settled with the Notice of Acceptance of Offer [14]. It is not necessary for the action to remain on the calendar of the Court. Any pending court dates/deadlines are hereby VACATED.

IT IS ORDERED that the Court retains complete jurisdiction for 60 days for the filing of a dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: November 17, 2009

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE