UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLA PAGLIA, | ) | Case No.: 2:09-cv-02922-FMC-AGR |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF JUDGMENT** |
| LTD FINANCIAL SERVICES, LP, | ) | |
| Defendant. | ) | |

Plaintiff, CARLA PAGLIA (Plaintiff), has filed an acceptance of Defendant's, LTD FINANCIAL SERVICES, LP, (Defendant), Offer of Judgment issued in this case. The accepted Offer of Judgment states Plaintiff will receive $2,000.00 for alleged damages. Further, on November 16, 2009 this Honorable Court issued an order granting Plaintiff $2,727.40 in attorneys' fees.

Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $2,000.00 for alleged damage and 2,727.40 in attorneys' fees.

**IT IS SO ORDERED**

Dated: Dec. 10, 2009

_____
Honorable United States District Judge

- 1 -

ORDER